motion is denied. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

OTTO C. GRAHMANN, Appellant, v. LUCY K. GRAHMANN, Respondent.— Order affirmed on argument, with ten dollars costs and disbursements. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

In accord with the provisions of rule 1 of the Rules of Civil Practice APPLETON L. CLARK, Esq., of the Second Judicial District, is hereby appointed a member of the Committee on Character in the Second Judicial Department. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc. Public Park (East River Park). — Motion denied, with ten dollars costs and disbursements. It is not the function of the court, upon an appeal from an order of the Special Term confirming the award of commissioners, to settle questions of the rights of the parties to interest. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

In the Matter of the Application of JOHN W. DAVIS, for Admission to the Bar. (From the State of West Virginia.) — Application granted. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

ROCKAWAY POINT COMPANY, INC., Respondent, v. SOPHIE FRIBERG and Another, Appellants. (Actions Nos. 3 to 11 inclusive.) — Motion to punish for contempt denied, without costs. The order of the presiding justice was intended to preserve the situation as it then existed, and not to act as a mandatory injunction. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

ROCKAWAY POINT COMPANY, INC., Respondent, v. SOPHIE FRIBERG and Another, Appellants. (Actions Nos. 3 to 11 inclusive.) — Motion denied, without costs, as unnecessary because the order has been vacated by the county judge who granted it. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

A. L. REED COMPANY, Respondent, v. " ABE " WHITEMAN, First Name " Abe " Fictitious, Real First Name Unknown to Plaintiff, Individually and as Treasurer of Fancy Leather Goods Workers Union, Local No. 5, etc., and Others, Appellants.— The affidavits do not present a case which justifies us in departing from our usual custom not to interfere with the order of the Special Term in granting or refusing an injunction pending a trial of the issues when a trial may speedily be had. Motion denied. Present — Blackmar, P. J. Mills, Putnam, Kelly and Manning, JJ.

CESARINA BRITTELLI, Respondent, v. ANTONIO COMITO, Appellant. (Action No. 1.) — Motion to dismiss appeal granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

NICOLA BRITTELLI, Respondent, v. ANTONIO COMITO, Appellant. (Action No. 2.) — Motion to dismiss appeal granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

THE CITY OF NEW YORK, Appellant, v. THE CITIZENS WATER SUPPLY COMPANY OF NEWTOWN, Respondent.— Motion granted on condition that the appeal be heard on November 1, 1921, for which day the case is set